UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON AGUIRRE,<br><br>        Plaintiff,<br>   v.<br><br>D. SMITH, *et al.*,<br><br>        Defendants. | Case No. 1:22-cv-01078-JLT-EPG (PC)<br><br>ORDER GRANTING JOINT REQUEST TO VACATE AND RESCHEDULE SETTLEMENT CONFERENCE<br><br>(ECF No. 31) |

On January 19, 2024, the parties filed Joint Stipulation (ECF No. 31) asking the Court to vacate settlement conference currently set for February 12, 2024, and to reschedule it for after April 11, 2024. Plaintiff's counsel needs more time to review documents from non-CDCR medical providers that treated Plaintiff to further evaluate potential damages in this case, to meet with Plaintiff in person, and to properly prepare for the settlement conference. (*Id.* at 2). In addition, Plaintiff's counsel has two jury trials and one bench trial in the upcoming month. (*Id.*) Parties have agreed that a continuance of 60 days would result in a more productive settlement conference. (*Id.*)

The Court finds good cause to grant the parties' joint request.  Accordingly, IT IS ORDERED that:

1. The Court's order setting Settlement Conference for February 12, 2024 (ECF No. 29) is VACATED;

2. The Court will issue a separate order vacating Writ of Habeas Corpus Ad Testificandum

to produce Plaintiff via Zoom video conference for settlement conference (ECF No. 30);

3. Within seven days from the date of service of this order, the parties shall contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to re-schedule a settlement conference for on or after April 11, 2024.

IT IS SO ORDERED.

Dated: **January 22, 2024**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2