UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON AGUIRRE,<br><br>            Plaintiff,<br><br>    v.<br><br>D. SMITH, *et al.*,<br><br>            Defendants. | Case No. 1:22-cv-01078-JLT-EPG (PC)<br><br>ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 35)<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER ON THE LITIGATION OFFICE AT KERN VALLEY STATE PRISON |

The settlement conference currently scheduled for May 9, 2024, before Magistrate Judge Christopher D. Baker by Zoom video conference (ECF No. 34), is being rescheduled for June 18, 2024. Therefore, the Court will vacate the order and writ of habeas corpus ad testificandum issued on April 2, 2024. (ECF No. 35). The Court notes that it will issue an order and writ of habeas corpus ad testificandum with the new date approximately a month before the continued settlement conference.

Accordingly, **IT IS ORDERED** that:

1. The order and writ of habeas corpus ad testificandum issued on April 2, 2024 (ECF No. 35), which directed the Warden to produce Aaron Aguirre, CDCR #AA-4374, for a settlement conference via Zoom on May 9, 2024, is **VACATED**; and

2. The Clerk of Court is directed to serve a copy of this order via fax on the Litigation Office at Kern Valley State Prison at (661) 720-4949 or via email.

IT IS SO ORDERED.

Dated:  **April 4, 2024**                              /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE